IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELIZABETH SLOAN NEWMAN,

    Plaintiff,

    vs.                                                        Civ. No. 13-914  LH/KK

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security,**

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Kirtan Khalsa, filed June 2, 2015. (Doc. 30.) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 30) is adopted.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse or Remand (Doc. 23) is **GRANTED.**

                                                                   _____
                                                                     **SENIOR UNITED STATES DISTRICT JUDGE**